# the strother law firm

4306 yoakum blvd., suite 560
houston, texas 77006
telephone: 713-557-9238
mstrother@strotherlawfirm.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/21/2015 3:48:55 PM
CHRISTOPHER A. PRINE
Clerk

December 21, 2015

Hon. Christopher A. Prine
Clerk of the Court
First Court of Appeals
**VIA E-FILING**

RE:  Cause No. 2012-23983; The Chopper Group, LLC and Outlaw Country, LLC vs. MarineCorp International, Ltd.; In the 80th Judicial District Court of Harris County, Texas

RE:  Court of Appeals Cause Number 01-14-00707-CV


Dear Clerk:

Enclosed for filing in the above-referenced cause of action is Marinecorp International, Ltd.'s Reply Brief for Appellant.

Your prompt and kind attention hereto will be greatly appreciated.

Yours truly,

MACON D. STROTHER

MDS/kmc
Enclosures
cc:    Brock Akers
       via email bca@akersfirm.com

cc:    Steve Cochell
       via email srcochell@gmail.com

cc:    Lee Harless and Dawn Marie Harless
       11435 Log Cabin Dr.
       Tomball, TX  77375
       **via CM/RRR 7014 0510 0000 0079 5016**

Page | 1